## GLADNEY v. WARDEN OF MARY-LAND PENITENTIARY

[App. No. 27, September Term, 1961.]

*Decided December 7, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Sodaro for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*